UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONNIE CURTIS SULLIVAN, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | Civil Action No. 3:21-CV-3121-X-BT |
| DIRECTOR, TDCJ-CID | § § | |
| *Respondent.* | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. No. 27). Magistrate Judge Rebecca Rutherford recommended denying Petitioner Ronnie Sullivan's petition for writ of habeas corpus under 28 U.S.C. Section 2254 because (1) Sullivan failed to show that the state court unreasonably denied his access to jury questionnaires, (2) Sullivan is not entitled to relief on his Fourth Amendment claim, and (3) Sullivan fails to establish that his counsel was ineffective.

Plaintiff Ronnie Sullivan filed an objection. (Doc. 29). Sullivan objects to each of Magistrate Judge Rutherford's conclusions. Specifically, Sullivan objects that he did not have enough time to review the questionnaire, that the state-court decision was an unreasonable application of clearly established federal law, and that counsel was ineffective for not being prepared for voir dire.

1

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 10th day of July, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE